# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doreen Masters<br><br>v.<br><br>Lumber Liquidators Inc<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>CV 16-6577-JFW(FFMx)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 14-03<br>(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

September 6, 2016                                    George H. Wu  /s/ George K. Wu
_____                                   _____
Date                                                United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                   _____
Date                                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    2:15-cv-03795 GW(JPRx)    and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____Mumm____ to Magistrate Judge ____Rosenbluth____.

On all documents subsequently filed in this case, please substitute the initials ____GW(JPRx)____ after the case number in place of the initials of the prior judge, so that the case number will read ____2:16-cv-06577 GW(JPRx)____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (06/14)                    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**